UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 19-CR-14034-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

MICHAEL WILLIAM YONKER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Prob 12C") filed by the United States Probation Office **[ECF No. 32]** on August 28, 2023.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on November 1, 2023 **[ECF No. 38]**. A Report and Recommendation was filed on November 1, 2023, recommending that the Defendant's admission of guilt as to Violation 1 of the Prob 12C be accepted **[ECF No. 39]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 39]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violation 1 of the Prob 12C. Violation 1 charges Defendant with unlawfully possessing or using a controlled substance on August 15, 2023, the date the Defendant submitted a urine specimen which tested positive for the presence of cocaine in the United States Probation Office's local laboratory and subsequently at Alere Toxicology

Services, Incorporated. Therefore, Defendant has been found to violate one of the mandatory conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Thursday, December 14, 2023, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 17 day of November, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office